UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

IN RE:

PUBLISHERS CONSORTIUM, INC.,
      Debtor

AMERICAN NATIONAL BANK &
TRUST COMPANY OF CHICAGO,      CIVIL NO. 3:03CV00002(AVC)
      Plaintiff/Appellee                3:03CV00003(AVC)
                                                    3:03CV00020(AVC)
v.                                                           3:03CV00021(AVC)
                                                            3:03CV00023(AVC)
COMMON COURAGE PRESS, INC.,     3:03CV00024(AVC)
NATIONAL JOURNAL, ARSENAL
PULP PRESS, BLACK BOOKS, CHILD     BKR. No.  02-31588(ASD)
MANAGEMENT, INC., COMIC ONE
CORPORATION, DARK HORSE               Adv.Proc. 02-03048
COMICS, INC., IMAGE COMICS, INC.,
ODONIAN PRESS/GOLDSTEIN & BLAIR,
LLC, TERRACE PUBLISHING, And
McBOOKS, INC.
      Defendants/Appellants

## JUDGMENT

      This action having come before the Honorable Alfred V. Covello, United States District Judge, on an appeal of a November 27, 2002 judgment of the United States Bankruptcy Court, and

      The court having considered the full record of this case and the applicable principles of law, on December 9, 2004 filed its Memorandum and Order Vacating Judgment of Bankruptcy Court, reversing the order of the bankruptcy court confirming the debtor, Publishers Consortium Inc.'s plan of reorganization under Chapter 11 of the United States Bankruptcy Code; and further

Vacating the judgment in favor of American National Bank and Trust Company of Chicago in adversary proceeding no. 02-03048 and remanding the case to the bankruptcy court for further proceedings; it is hereby

ORDERED, ADJUDGED and DECREED, that judgment be and is hereby entered reversing the order of the bankruptcy court confirming the debtor, Publishers Consortium Inc.'s plan of reorganization under Chapter 11 of the United States Bankruptcy Code; and further

ORDERED, ADJUDGED and DECREED, that judgment be and is hereby entered vacating the judgment in favor of American National Bank and Trust Company of Chicago in adversary proceeding no. 02-03048 and remanding the case to the bankruptcy court for further proceedings.

Dated at Hartford, Connecticut this 16th day of December, 2004.

KEVIN F. ROWE, Clerk


By:   __/s/ JW_____
       Jo-Ann Walker
       Deputy Clerk


EOD: _____