UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

|  |  |  |
|---|---|---|
| ─────────────────────────x |  |  |
| In re: | : |  |
|  | : |  |
| PUBLISHERS CONSORTIUM, INC. | : |  |
| Debtor | : |  |
| ─────────────────────────x |  |  |
| BANK ONE, as successor-in-interest by merger with AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO, | : |  |
| Plaintiff/Appellee, | : | CIVIL NO.   3:03-CV-00002 (AVC) |
| V. | : | 3:03-CV-00003 (AVC) |
|  | : | 3:03-CV-00020 (AVC) |
| COMMON COURAGE PRESS, INC., NATIONAL JOURNAL, ARSENAL PULP PRESS, BLACK BOOKS, CHILD MANAGEMENT, INC., COMIC ONE CORPORATION, DARK HORSE COMICS, INC., IMAGE COMICS, INC., ODONIAN PRESS/GOLDSTEIN & BLAIR, LLC, TERRACE PUBLISHING, and McBOOKS, INC. | : | 3:03-CV-00021 (AVC) |
|  | : | 3:03-CV-00023 (AVC) |
|  | : | 3:03-CV-00024 (AVC) |
| Defendants/Appellants | : | December 27, 2004 |
| ─────────────────────────x |  |  |

## NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), notice is hereby given that Bank One, N.A., as successor-in-interest by merger with American National Bank & Trust Company of Chicago (Plaintiff/Appellee) in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on December 16, 2004. A copy of the Judgment is attached hereto.

Dated: New Haven, Connecticut
       December 27, 2004

                                 BANK ONE, N.A., as successor-in-interest by merger with AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO

                        By: _____
                               Douglas S. Skalka (CT 00616)
                               James A. Lenes (CT 10408)
                               Neubert, Pepe & Monteith, P.C.
                               195 Church Street, 13th Floor
                               New Haven, CT 06510
                               Telephone No.: (203) 821-2000
                               Facsimile No.: (203) 821-2009

*Of Counsel*:

Kenneth M. Lodge
Thomas J. Cunningham
Lord Bissell & Brook
115 South LaSalle Street
Chicago, Illinois 60603
Telephone No.: (312) 443-1731
Facsimile No.: (312) 896-6731

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent on December 27, 2004, via U.S. mail, postage prepaid, to the following parties of record:

Steven Mackey
Office of the United States Trustee
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510

James Berman
Louis J. Testa
Zeisler and Zeisler
558 Clinton Ave.
Bridgeport, CT 06605
    Counsel for Debtor

Eric A. Henzy
Reide & Riege
One State Street
Hartford, CT 06103
    Counsel for Official Committee of Unsecured Creditors

Barbara H. Katz
Law Offices of Barbara H. Katz
57 Trumbull St.
New Haven, CT 06510-1004
    Counsel to McBooks Press, Inc.

Edward Y. Crossmore
115 W. Green Street
Ithaca, NY 14850
    Counsel to McBooks Press, Inc.

Dean W. Baker
205 Church St.
New Haven, CT 06510
    Counsel for Client Distribution Services, Inc.

Tracy Alan Saxe
Edwin L. Doernberger
Saxe Doernberger & Vita
1952 Whitney Avenue
Hamden, CT 06517
    Counsel to Common Courage Press, Child Mgmt, Inc., Comics One Corp., Dark Horse Comics, Inc., Image Comics, Inc., Odonian Press, Terrace Publishing, Black Books, Arsenal Pulp Press and National Journal

Myles H. Alderman, Jr.
Alderman & Alderman
100 Pearl St.
14th Floor
Hartford, CT 06103
    Counsel to Park Ave California and Park Ave Oklahoma

Christopher J. Major
Robinson & Cole
Financial Centre, 695 E. Main St.
PO Box 10305
Stamford, CT 06904-2305
    Counsel for Kogan Page, Ltd


BY:_____
    James A. Lenes (CT 10408)