FILED

UNITED STATES DISTRICT COURT 2005 JAN 18 P 1: 53
DISTRICT OF CONNECTICUT
HARTFORD DIVISION U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| IN RE: | |
| PUBLISHERS CONSORTIUM, INC., | CIVIL NO.    03-CV-00002 (ACV) |
| | 03-CV-00003 (ACV) |
| Debtor | 03-CV-00020 (ACV) |
| | 03-CV-00023 (ACV) |
| AMERICAN NATIONAL BANK & | 03-CV-00024 (ACV) |
| TRUST COMPANY OF CHICAGO, | |
| Plaintiff/Appellee | |
| v. | |
| COMMON COURAGE PRESS, INC., et al., | |
| Defendants/Appellants | |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the Official Committee of Unsecured Creditors of Publishers Consortium, Inc.

Dated:  January 18, 2005

Eric Henzy
Federal Bar No. ct12849
Reid and Riege, P.C.
One State Street
Hartford, CT  06103-3185
(860) 278-1150
Fax (860) 240-1002
ehenzy@reidandriege.com

-1-

16794.000/378350.1

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 18th day of

January, 2005, to:

Steven E. Mackey, Esq.
Office of the United States Trustee
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510-7016

James Berman, Esq.
Zeisler & Zeisler, P.C.
*Counsel for Publishers Consortium, Inc.*
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186

James A. Lenes, Esq.
Neubert, Pepe &n Monteith, P.C.
*Counsel for American National*
  *Bank & Trust Company*
195 Church Street, 13th Floor
New Haven, CT 06510

Barbara H. Katz, Esq.
Law Offices of Barbara H. Katz
*Counsel for McBooks Press, Inc.*
57 Trumbull Street
New Haven, CT 06510-1004

Edward Y. Crossmore, Esq.
*Counsel for McBooks Press, Inc.*
115 W. Green Street
Ithaca, NY 14850

Dean W. Baker, Esq.
Law Office of Dean W. Baker
*Counsel for Client Distribution Services, Inc.*
205 Church Street
New Haven, CT 06510

Tracy Alan Saxe, Esq.
Edwin L. Doernberger, Esq.
*Counsel for Common Courage Press,*
  *Child Management, Inc., Comics One Corp.,*
  *Dark Horse Comics, Inc., Image Comics, Inc.,*
  *Odonian Press, Terrace Publishing, Black Books,*
  *Arsenal Pulp Press and National Journal*
Saxe Doernberger & Vita
1952 Whitney Avenue
Hamden, CT 06517

Myles H. Alderman, Jr., Esq.
Alderman & Alderman
*Counsel for Park Avenue California and*
  *Park Avenue Oklahoma*
100 Pearl Street, 14th Floor
Hartford, CT 06103

Christopher J. Major, Esq.
Robinson & Cole
*Counsel for Kogan Page, Ltd.*
Financial Centre, 695 E. Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Eric Henzy

16794.000/378350.1