FILED

2005 JAN 18  P 1: 53

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| In re | : | |
| | : | |
| PUBLISHER'S CONSORTIUM, INC., | : | CIVIL NO.   03-CV-00002 (AVC) |
| | : | 03-CV-00003 (AVC) |
| Debtor. | : | 03-CV-00020 (AVC) |
| | : | 03-CV-00023 (AVC) |
| AMERICAN NATIONAL BANK & | : | 03-CV-00024 (AVC) |
| TRUST COMPANY OF CHICAGO, | : | |
| | : | |
| Plaintiff/Apellee, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMON COURAGE PRESS, INC., | : | |
| et al., | : | |
| | : | |
| Defendants/Appellants. | : | |

## NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), notice is hereby given that Publisher's Consortium, Inc. (the "Debtor"), and The Official Committee of Unsecured Creditors of the Debtor hereby appeal to the United States Court of Appeals for the Second Circuit from the

–1–

Judgment entered on December 16, 2004. A copy of the Judgment is attached hereto.

Dated at Bridgeport and Hartford, Connecticut, this 18th day of January, 2005.

PUBLISHER'S CONSORTIUM, INC.

By *(signature)*
James Berman
Federal Bar No. ct06027
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT  06605
(203) 368-4234
(203) 367-9678
jberman@zeislaw.com

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF PUBLISHER'S CONSORTIUM,
INC.

By *(signature)*
Eric Henzy
Federal Bar No. ct12849
Reid and Riege, P.C.
One State Street
Hartford, CT 06103
(860) 278-1150
fax (860) 240-1002
ehenzy@reidandriege.com

-2-

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 18th day of January, 2005, to:

Steven E. Mackey, Esq.
Office of the United States Trustee
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510-7016

James Berman, Esq.
Zeisler & Zeisler, P.C.
*Counsel for Publishers Consortium, Inc.*
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186

James A. Lenes, Esq.
Neubert, Pepe &n Monteith, P.C.
*Counsel for American National
  Bank & Trust Company*
195 Church Street, 13th Floor
New Haven, CT 06510

Barbara H. Katz, Esq.
Law Offices of Barbara H. Katz
*Counsel for McBooks Press, Inc.*
57 Trumbull Street
New Haven, CT 06510-1004

Edward Y. Crossmore, Esq.
*Counsel for McBooks Press, Inc.*
115 W. Green Street
Ithaca, NY 14850

Dean W. Baker, Esq.
Law Office of Dean W. Baker
*Counsel for Client Distribution Services, Inc.*

205 Church Street
New Haven, CT 06510

Tracy Alan Saxe, Esq.
Edwin L. Doernberger, Esq.
*Counsel for Common Courage Press,
  Child Management, Inc., Comics One Corp.,
  Dark Horse Comics, Inc., Image Comics, Inc.,
  Odonian Press, Terrace Publishing, Black Books,
  Arsenal Pulp Press and National Journal*
Saxe Doernberger & Vita
1952 Whitney Avenue
Hamden, CT 06517

Myles H. Alderman, Jr., Esq.
Alderman & Alderman
*Counsel for Park Avenue California and
  Park Avenue Oklahoma*
100 Pearl Street, 14th Floor
Hartford, CT 06103

Christopher J. Major, Esq.
Robinson & Cole
*Counsel for Kogan Page, Ltd.*
Financial Centre, 695 E. Main Street
P.O. Box 10305
Stamford, CT 06904-2305


_____
Eric Henzy

-3-

16794.000/378350.1

UNITED STATES DISTRICT COURT   FILED

DISTRICT OF CONNECTICUT   2004 DEC 16  P 12: 26

U.S. DISTRICT COURT
HARTFORD, CT.

IN RE:

PUBLISHERS CONSORTIUM, INC.,
Debtor

AMERICAN NATIONAL BANK &
TRUST COMPANY OF CHICAGO,
Plaintiff/Appellee

v.

COMMON COURAGE PRESS, INC.,
NATIONAL JOURNAL, ARSENAL
PULP PRESS, BLACK BOOKS, CHILD
MANAGEMENT, INC., COMIC ONE
CORPORATION, DARK HORSE
COMICS, INC., IMAGE COMICS, INC.,
ODONIAN PRESS/GOLDSTEIN & BLAIR,
LLC, TERRACE PUBLISHING, And
McBOOKS, INC.
Defendants/Appellants

CIVIL NO. 3:03CV00002(AVC)
3:03CV00003(AVC)
3:03CV00020(AVC)
3:03CV00021(AVC)
3:03CV00023(AVC)
3:03CV00024(AVC)

BKR. No.  02-31588(ASD)

Adv.Proc. 02-03048

## JUDGMENT

This action having come before the Honorable Alfred V. Covello, United States District Judge, on an appeal of a November 27, 2002 judgment of the United States Bankruptcy Court, and

The court having considered the full record of this case and the applicable principles of law, on December 9, 2004 filed its Memorandum and Order Vacating Judgment of Bankruptcy Court, reversing the order of the bankruptcy court confirming the debtor, Publishers Consortium Inc.'s plan of reorganization under Chapter 11 of the United States Bankruptcy Code; and further

Vacating the judgment in favor of American National Bank and Trust Company of Chicago in adversary proceeding no. 02-03048 and remanding the case to the bankruptcy court for further proceedings; it is hereby

ORDERED, ADJUDGED and DECREED, that judgment be and is hereby entered reversing the order of the bankruptcy court confirming the debtor, Publishers Consortium Inc.'s plan of reorganization under Chapter 11 of the United States Bankruptcy Code; and further

ORDERED, ADJUDGED and DECREED, that judgment be and is hereby entered vacating the judgment in favor of American National Bank and Trust Company of Chicago in adversary proceeding no. 02-03048 and remanding the case to the bankruptcy court for further proceedings.

Dated at Hartford, Connecticut this 16th day of December, 2004.

KEVIN F. ROWE, Clerk

By: _____
Jo-Ahn Walker
Deputy Clerk

EOD: 12/17/04

000424   45703-424-9017