MANDATE

D. Conn./*New Haven*
03-CV-0020
Covello, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 2nd day of March, two thousand five,

Present:
    Hon. Guido Calabresi,
    Hon. José A. Cabranes,
    Hon. Rosemary S. Pooler,
        *Circuit Judges.*

In re: Publisher's Consortium, Inc.

Bank One,

                Appellant,

v.                              05-0070-bk

Arsenal Pulp Press, et al.,

                Appellees.

Appellees move for dismissal of the appeal. Upon due consideration, it is ORDERED that the motions are granted and the appeal dismissed. This Court lacks jurisdiction to consider the appeal, because the district court's order remanded the matter to the bankruptcy court for significant further proceedings. See 28 U.S.C. § 158; see also Bowers v. Connecticut National Bank, 847 F.2d 1019, 1022 (2d Cir. 1988).

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *Yana Segal*
DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: *Lucille Carr*

SAO-KF

— *Issued as mandate 9/8/05* —